# EXHIBIT 2



US00D398530S

## United States Patent [19]
### Gavin

[11] Patent Number: Des. 398,530
[45] Date of Patent: ** Sep. 22, 1998

[54] **CAP**

[75] Inventor: **Ellen Gavin**, Atlantic Highlands, N.J.

[73] Assignee: **L'Oreal S.A.**, Paris, France

[**] Term: **14 Years**

[21] Appl. No.: **78,872**

[22] Filed: **Nov. 4, 1997**

[51] **LOC (6) Cl.** .......................................................... **09-07**
[52] **U.S. Cl.** ........................................................... **D9/449**
[58] **Field of Search** ............................ D9/300, 435, 436,
D9/439, 440, 447, 449, 504, 529; 215/235;
222/541.9, 556, 546

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 214,263 | 5/1969 | McConnell | D9/447 |
| D. 280,548 | 9/1985 | Cramer | D9/439 X |
| D. 336,614 | 6/1993 | Crawford | D9/529 |
| D. 342,022 | 12/1993 | Pritchard | D9/449 X |
| 4,838,441 | 6/1989 | Chernack | 215/235 X |
| 5,368,176 | 11/1994 | Thanisch | 215/235 |

FOREIGN PATENT DOCUMENTS

WO 90/14287   11/1990   WIPO ................................ 222/541.9

*Primary Examiner*—James Gandy
*Assistant Examiner*—Cathron B. Matta
*Attorney, Agent, or Firm*—Baker & Botts, LLP

[57] **CLAIM**

The ornamental design for a cap, as shown and described.

**DESCRIPTION**

FIG. 1 is a three-dimensional perspective view of the cap of the present invention;
FIG. 2 is a front view of the cap of the present invention;
FIG. 3 is a top view of the cap of the present invention;
FIG. 4 is a side view of the cap of the present invention, the opposite side view being a mirror image thereof;
FIG. 5 is a rear view of the cap of the present invention; and,
FIG. 6 is a three-dimensional perspective view of cap of the present invention in an opened position.

**1 Claim, 1 Drawing Sheet**





**U.S. Patent**  Sep. 22, 1998  **Des. 398,530**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6